IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL WESNER, | |
| Plaintiff, | **4:26CV3163** |
| vs. | |
| SCOTT FRAKES, (former) Director, Nebr. Dept. of Corr. Svcs., individual capacity; JEFFREY KASSELMAN, (and his predecessor) (former) Medical Director, Nebr. D.O.C., individual capacity; SHAUN LEUBBE, Physician's Assistant, individual capacity; LARISSA HUNSBERGER, Physician's Assistant, individual capacity; DR. DOUGLAS MORIN, and DR. TIM CHAMBERLAIN, | **MEMORANDUM AND ORDER** |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion for Leave to Proceed in Forma Pauperis ("IFP"). Filing No. 8. Upon consideration, Plaintiff is permitted to proceed IFP.

Prisoner plaintiffs are required to pay the full amount of the Court's $350.00 filing fee by making monthly payments to the Court, even if the prisoner is proceeding IFP. 28 U.S.C. § 1915(b). The Prison Litigation Reform Act "makes prisoners responsible for their filing fees the moment the prisoner brings a civil action or files an appeal." *In re Tyler*, 110 F.3d 528, 529–30 (8th Cir. 1997); *Jackson v. N.P. Dodge Realty Co.*, 173 F. Supp. 2d 951 (D. Neb. 2001).

Here, Plaintiff has already paid the Court's $350.00 filing fee. In accordance with the Court's June 1, 2026, Memorandum and Order, Filing No. 5, Plaintiff filed the present IFP Motion on June 26, 2026, Filing No. 8. In accordance with the PLRA,

Plaintiff is granted leave to proceed IFP in the present case, and he has satisfied his obligation to pay the full amount of the Court's $350.00 filing fee.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Leave to Proceed IFP, Filing No. 8, is granted.

2. Plaintiff has paid the full amount of the Court's $350.00 filing fee and no further filing fee payments are due.

3. Plaintiff is advised that the next step in Plaintiff's case will be for the Court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 29th day of June, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

2